O’BRIEN, J.,
concurring and dissenting.
I join the Order Denying Certificate of Appealability in all respects but one, Mel-cher is not eligible to proceed in forma pauperis (ifp).
To proceed ifp on appeal, “an appellant must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.” DeBardeleben v. Quinlan, 937 F.2d 502, 505 (10th Cir.1991) (emphasis added). The district court rejected Meleher’s arguments in a detailed and cogent order. I have reviewed Melcher’s opening brief, consisting of summary and conclusory statements. It does not present a reasoned, non-frivolous argument in support of the issues he proposes to raise on appeal. To the contrary, it is patently frivolous.
I would deny his motion to proceed ifp and require the docketing fee and the filing fee to be immediately paid in full. Dismissal of an appeal does not relieve a litigant of his obligation to pay the filing *814 fee in full. Kinnell v. Graves, 265 F.3d 1125, 1129 (10th Cir.2001).